JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANTHON BUN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>R. DIAZ,<br><br>　　　　　Respondent. | Case No. SACV 12-641 JFW(JC)<br><br>JUDGMENT |

　　Pursuant to this Court's Order Denying Petition for Writ of Habeas Corpus and Dismissing Action, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus filed in this action is denied and this action is dismissed without prejudice.

DATED: May 4, 2012

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE